IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

OLYMBEC USA, LLC,

    Plaintiff,

v.

    Case No. 2:16-cv-948
    CHIEF JUDGE EDMUND A. SARGUS, JR.
    Magistrate Judge Elizabeth Preston Deavers

ASPEN SPECIALTY INSURANCE COMPANY

and

CLOSED LOOP REFINING AND
    RECOVERY, INC.,

    Defendants.

## OPINION AND ORDER

The parties have informed the Court that they have reached a settlement in principle in this matter. The parties shall file the appropriate dismissals by close of business **thirty (30) days** after the date of the entry of this Order.

The Court hereby **VACATES** all pending deadlines. The Clerk is directed to administratively close the case.

**IT IS SO ORDERED.**

5-23-2018
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE